DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CARLOS TONYO CABRERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1948

———————————————

March 8, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Carlos Tonyo Cabrera, pro se.

PER CURIAM.

 Affirmed.

SILBERMAN, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.